# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY PROCTOR
ADC #87410                                                                                          PLAINTIFF

V.                                    5:02CV00334 WRW/JTR

RICK L. TONEY, Warden,
Varner Super Max, ADC, et al.                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Amended Motion for Summary Judgment (docket entry #148) that was filed by separate Defendants Hobbs and May is DENIED.

Dated this 21st day of March, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE