# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY PROCTOR
ADC #87410                                                                                              PLAINTIFF

V.                                        5:02CV00334 WRW/JTR

RICKY L. TONEY, Warden,
Varner Super Max, ADC, et al.                                                               DEFENDANTS

### ORDER

On May 5, 2008, the Honorable William R. Wilson, Jr., United States District Judge, entered an Order directing this Court to appoint counsel to represent Plaintiff in this § 1983 action, which will be scheduled for a jury trial. *See* docket entry #199. Pursuant thereto, the Court appoints Mr. Joseph H. Purvis, who has been randomly selected from a list of attorneys licensed to practice before this Court.

IT IS THEREFORE ORDERED THAT:

1. Mr. Joseph H. Purvis, of the Dover, Dixon, and Horne law firm, 425 West Capitol Ave., Suite 3700, Little Rock, AR 72201-2692 is APPOINTED to represent Plaintiff in this § 1983 action.

2. The Clerk is directed to send Mr. Purvis a copy of this Order, Local Rule 83.7, and *In the Matter of the Rescission of General Order 35* (March 15, 2007). If Mr. Purvis is unable to obtain the remainder of the file from CM/ECF, he should contact Judge Ray's Chambers at 501-604-5230, and a copy of the file, or any portion thereof, will be provided free of charge.

Dated this 8th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE