IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY PROCTOR, #87410                                                                    PLAINTIFF

vs.                                            5:02CV00334-WRW

RICKEY TONEY, et al                                                                      DEFENDANTS

## ORDER

Pursuant to the Amended Final Scheduling Order, this case is set for a jury trial on Tuesday, December 16, 2008, at 9:00 a.m., Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom #4C, Little Rock, Arkansas, the Honorable William R. Wilson, Jr. presiding.

Therefore, the Arkansas Department of Correction is directed to ensure the attendance of the plaintiff, Terry Proctor, ADC #87410, his medical file and his institutional file at the trial on Tuesday, December 16, 2008, at 8:00 a.m.

The parties are requested to meet with the Court's Courtroom Deputy, Mary Johnson, at 8:15 a.m. on Tuesday, December 16, 2008, with their witness and exhibits lists. There will be a Pretrial Hearing with Judge Wilson at 8:30 a.m. and jury selection will begin at 9:00 a.m.

IT IS SO ORDERED this 3rd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

prisonerwitness.ord.Proctor.wpd