IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY PROCTOR, ADC #87410                             PLAINTIFF

vs                        5:02CV00334-WRW

RICK L. TONEY, et al                               DEFENDANTS

### JUDGMENT ON JURY VERDICT

This action came on for jury trial Wednesday, December 17, 2008, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

The issues having been duly tried, the jury rendered its verdict on Friday, December 19, 2008. Now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Terry Proctor, take nothing on his Complaint and that Judgment be entered in favor of the defendants, Rick L. Toney and James T. Banks, and the Complaint is hereby DISMISSED.

IT IS SO ORDERED this 19th day of December, 2008.

                                                   /s/ Wm. R.Wilson,Jr.
                                      UNITED STATES DISTRICT JUDGE

jdgjryv5deft.Proctor.wpd